AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern District of Virginia          07-400-M-01

UNITED STATES OF AMERICA

v.

James Alexander Lee

**WARRANT FOR ARREST**

Case Number: 3.07MJ335

To: The United States Marshal and any Authorized United States Officer

**FILED**

YOU ARE HEREBY COMMANDED to arrest James Alexander Lee

AUG 0 9 2007

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense):

Escape

in violation of Title 18 United States Code, Section(s) 751

M. Hannah Lauck
United States Magistrate Judge

Name of Issuing Officer                    Signature of Issuing Officer

                                           07/03/2007 Richmond, Virginia
Title of Issuing Officer                   Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 8-9-07 | NAME AND TITLE OF ARRESTING OFFICER REPORTING D.U.S.M. GARY HIPPLE | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8-9-07 | | |

AUG. 9.2007 11:14AM    NO.879    P.5/10

AO 91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _____

JUL - 3 2007
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA
V.
James Alexander Lee

**07-400-M-01**

CRIMINAL COMPLAINT

Case Number: 3:07MJ335

(Name and Address of Defendant)

**FILED**

AUG 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _6/18/2007_ in _Prince George_ County, in the _Eastern_ District of _Virginia_ defendant(s) did,

(Track Statutory Language of Offense)

Knowingly escape from the custody of the Attorney General while on a furlough transfer from the Federal Correctional Medium Complex located in Prince George County Virginia to the Hope Village, a Community Correctional Halfway House located within the District of Columbia, in which he was to be lawfully confined at the direction of the Attorney General by virtue of a commitment issued under the authority of the the United States District Court for violating conditions of probation in violation of Title 18 United States Code 3565(a)

in violation of Title _18_ United States Code, Section(s) _751_

I further state that I am a(n) _Deputy United States Marshal_ and that this complaint is based on the following facts:
Official Title

(see attached affidavit)

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_/s/ Guy Jackson_
Signature of Complainant

Guy Jackson
Printed Name of Complainant

Sworn to before me and signed in my presence,

_7/3/2007_                           at    Richmond    Virginia
Date                                       City        /s/ State

_____            M. Hannah Lauck
Name of Judge    Title of Judge    United States Magistrate Judge
                                    Signature of Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _K.B. Hancock_
    DEPUTY CLERK

## AFFIDAVIT

I, Guy W. Jackson, Deputy United States Marshal for the Eastern Distict of Virginia do hereby make the following affidavit in support of a complaint and arrest warrant charging James Alexander Lee with violation of Title 18 United States Code, section 751 (a) escape from the custody of the Attorney General of the United States.

On or about the 18th of June, 2007, James Alexander Lee, a federal prisoner housed at the Federal Correctional Medium Comlex in Petersburg, Virginia was placed in a furlough transfer status and taken to the Greyhound Bus Station in Petersburg, Virginia.

Mr. Lee was convicted by the United States District Court in Maryland for violating the terms and conditions of his probation in violation of Title 18 United States Code, Section 3565(a) and on November 16, 2006 Lee was sentenced to a 10 month term of imprisionment. Moore was transferred to the Federal Correctional Medium Complex at Petersburg, Virginia for service of his sentence.

At the time of Lee's furlough transfer he was provided a bus ticket and a time to arrive at the Hope Village Halfway House. Mr. Lee was also provided with a phone number to call should he experience any delays during his trip. Moore did not have permission to deviate from his travel plan. At the time of the writing of this affidavit Lee has not reported to Hope Village or attempted to contact officials regarding his failure to report.

On June 25, 2007 James Lee was arrested in Prince George County Maryland by Metro Transit Police and charged with Unlawful Entry. Lee is currently at the D.C. Jail awaiting disposition of his local charges.

I believe the aforementioned information constitutes sufficient probable cause to believe that James Alexander Lee has escaped from the custody of the Attorney General of the United States and that a warrant be issued for Lee's arrest

*[signature]*