**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 8/14/07

**FILED**

AUG 24 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Nancy Mayer-Whittington*
*Clerk of the Court*

Address of Other Court: United States District Court
Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street, Ste 305
Richmond, VA. 23219-3518

RE: 07-400M James Alexander Lee

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 8/9/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

REC'
AUG 2 2

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk